JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE DAVID VALDEZ, | ) | Case No. SACV 09-596 AG (DTB) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| KEN CLARK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 31, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1