UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE DAVID VALDEZ, | ) | Case No. SACV 09-00596 AG (DTB) |
| Petitioner, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| SCOTT FRAUENHEIM, Warden, | ) ) ) | |
| Respondent. | ) ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting the Petition with respect to the insufficiency of the evidence claim directed at the two street terrorism convictions; and discharging petitioner from all consequences of his convictions of street terrorism in violation of Cal. Penal Code § 186.22(a) in Orange

///
///
///

1

County Superior Court Case No. 04CF1546, vacating the portion of his sentence based thereon, and requiring the Orange County Superior Court to resentence petitioner accordingly within sixty (60) days.

DATED: June 30, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE