JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAVID VALDEZ,<br><br>             Petitioner,<br><br>       vs.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>             Respondent. | Case No. SACV 09-00596 AG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted with respect to the insufficiency of the evidence claim directed at the two street terrorism convictions. Petitioner is discharged from all consequences of his convictions of street terrorism in violation of Cal. Penal Code § 186.22(a) in Orange County Superior Court Case No. 04CF1546, and those portions of his sentence based thereon are hereby vacated. The Orange County Superior Court is ordered to resentence petitioner accordingly within sixty (60) days.

DATED: June 30, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE